AMERICAN ARBITRATION ASSOCIATION®

# CONSTRUCTION ARBITRATION RULES DEMAND FOR ARBITRATION

**Mediation:** If you would like the AAA to contact the other parties and attempt to arrange a mediation, please check this box ☐. There is no additional administrative fee for this service.

| | | |
|---|---|---|
| Name of Respondent: Christopher Allen Brogan; Carline Flores Brogan | | |
| Address: 1217 Quarrier Street | | |
| City: Charleston | State: West Virginia | Zip Code: 25301 |
| Phone No.: 304-344-3144 | Fax No.: 304-344-3145 | |
| Email Address: dan@msjlaw.org; colten@msjlaw.org | | |
| Name of Representative (if known): Dan Hedges; Sarah Brown | | |
| Name of Firm (if applicable): Mountain State Justice | | |
| Representative's Address: 1217 Quarrier Street | | |
| City: Charleston | State: West Virginia | Zip Code: 25301 |
| Phone No.: 304-344-3144 | Fax No.: 304-344-3145 | |
| Email Address: dan@msjlaw.org; colten@msjlaw.org | | |

The named claimant, a party to an arbitration agreement dated August 1, 2022, which provides for arbitration under the Construction Industry Rules of the American Arbitration Association, hereby demands arbitration.

**Arbitration Clause:** Please indicate whether the contract containing the dispute resolution clause governing this dispute is a standard industry form contract (such as AIA, ConsensusDOCS or AGC) or a customized contract for the specific project.

Contract Form: Customized contract for the specific project. See attached Binding Dispute Resolution Agreement.

The Nature of the Dispute:

See attached Exhibit A.

Dollar Amount of Claim: $ Non-monetary/Declaratory Judgment

Other Relief Sought: ☐ Attorneys Fees ☐ Interest ☐ Arbitration Costs ☐ Punitive/Exemplary
☑ Other: Non-monetary/Declaratory Judgment

Amount Enclosed: $ 3,600

In accordance with Fee Schedule: ☐ Flexible Fee Schedule ☑ Standard Fee Schedule

Please describe appropriate qualifications for arbitrator(s) to be appointed to hear this dispute:

Experienced in claims related to closing of purchase transactions, E-Sign Act, unconscionability, and fraudulent inducement. Availability to perform the final hearing within six months of the preliminary scheduling conference.

Hearing Locale Requested: Charleston, WV

Project Site: Mt. Lookout, WV

*Please visit our website at www.adr.org/support to file this case online.*
*AAA Customer Service can be reached at 800-778-7879.*

AMERICAN ARBITRATION ASSOCIATION®

# CONSTRUCTION ARBITRATION RULES
# DEMAND FOR ARBITRATION

| | | |
|---|---|---|
| Estimated Time Needed for Hearings Overall: hours or 2 days | | |
| Specify Type of Business: Claimant: Manufactured home retail seller | Respondent: Individuals | |
| You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement. | | |
| Signature (may be signed by a representative): Daniel S. Weber | Date: 07/16/2025 | |
| Name of Claimant: CMH Homes, Inc. | | |
| Address (to be used in connection with this case): 100 Concourse Pkwy, Ste 310W | | |
| City: Hoover | State: Alabama | Zip Code: 35244 |
| Phone No.: 205-876-1600 | Fax No.: 205-876-1616 | |
| Email Address: dsweber@smgblaw.com; wssimpson@smgblaw.com | | |
| Name of Representative: Daniel S. Weber; W. Scott Simpson | | |
| Name of Firm (if applicable): SMGB Law | | |
| Representative's Address: 100 Concourse Pkwy,. Ste 310W | | |
| City: Hoover | State: Alabama | Zip Code: 35244 |
| Phone No.: 205-876-1600 | Fax No.: 205-876-1616 | |
| Email Address: dsweber@smgblaw.com; wssimpson@smgblaw.com | | |
| Notice: To begin proceedings, **please file online at www.adr.org/fileonline.** You will need to upload a copy of this Demand and the Arbitration Agreement, and pay the appropriate fee. | | |

# EXHIBIT A

Claimant CMH Homes, Inc. ("CMH"), a retail seller of manufactured homes, sold a home to Respondents Christopher Allen Brogan and Carline Flores Brogan ("Respondents"). Respondents obtained a loan from Vanderbilt Mortgage and Finance, Inc. ("VMF") to purchase the home. Respondents filed the attached Complaint in the Circuit Court of Nicholas County West, Virginia asserting claims against CMH and VMF.

Respondents allege that CMH through its Manager Tom Young directed the closing of the home purchase that involved execution of the loan documents. (Complaint, ¶ 28). Respondents allege that they did not understand the total sales price "due to the way Young conducted the closing" and that they "never agreed to the Sales Agreement." (Complaint, ¶ 30, 33). They allege that CMH engaged in unconscionable inducement by, among other things, failing to comply with the E-Sign Act. (Complaint, ¶ 46). They allege Mr. Young at closing "affixed Plaintiffs' signatures to agreements without their consent" and that such "amounts to forgery." (Complaint, ¶ 58-59).

Respondents allege that CMH and VMF are affiliates such that VMF is "liable for all claims and defenses arising out of the transaction, including those arising out of the acts of its agents and transaction participants." (Complaint, ¶ 3). Respondents appear to lump CMH and VMF together under the name "Clayton Defendants." (Complaint, ¶ 69). And they allege that the "Closing Agent" was "not independent of the Clayton Defendants and affiliates, but in fact was in a close relationship with the Clayton Defendants." (Complaint, ¶ 69).

CMH disputes Respondents' allegations that give rise to a live and *bona fide* dispute. Therefore, through this Demand for Arbitration, CMH seeks a declaration that: (1) CMH's conduct at the closing complied with all laws and standards of care; (2) CMH engaged in no unconscionable actions in connection with the sale and closing; (3) CMH did not misrepresent or suppress any material facts to Respondents; (4) the contracts over which this Tribunal has authority are valid and enforceable; and (5) CMH was not the agent of VMF in its dealings with Respondents. CMH reserves the right to supplement or amend its Demand for Arbitration should Respondents assert new or additional allegations.