UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

CHRISTOPHER ALLEN BROGAN and
CARLINE FLORES BROGAN,

PLAINTIFFS,

v. CASE NO. 2:25-CV-0386

VANDERBILT MORTGAGE &
FINANCE, INC. and ROBERT R.
ELBON,

DEFENDANTS.

**STIPULATION TO EXTEND PLAINTIFFS' TIME TO RESPOND TO MOTION TO STAY**

Come now the Plaintiffs, Christopher Allen Brogan and Carline Flores Brogan, and the Defendant, Vanderbilt Mortgage & Finance, Inc. ("Vanderbilt"), by and through their attorneys and stipulate that Plaintiffs time to respond to Vanderbilt's Motion to Stay (Dkt. 16) is hereby extended from August 4, 2025 to August 11, 2025 to give the parties additional time to pursue a resolution.

Submitted this 22nd day of July, 2025.

/s/ Carrie Goodwin Fenwick
Carrie Goodwin Fenwick (WV Bar No. 7164)
Goodwin & Goodwin, LLP
300 Summers Street, Suite 1500
Charleston, WV 25301
304-346-7000
cgf@goodwingoodwin.com

/s/ Daniel F. Hedges
Daniel F. Hedges (WV Bar No. 1660)
Mountain State Justice, Inc.
1217 Quarrier Street
Charleston, WV 25301
304-344-5564
dan@msjlaw.org