**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| CHRISTOPHER ALLEN BROGAN and CARLINE FLORES BROGAN,<br><br>PLAINTIFFS,<br><br>V.<br><br>VANDERBILT MORTGAGE & FINANCE, INC., FIELDCHOICE, LLC and ROBERT R. ELBON,<br><br>DEFENDANTS.<br><br>__________________________________<br><br>VANDERBILT MORTGAGE & FINANCE, INC.,<br><br>THIRD-PARTY PLAINTIFF,<br><br>V.<br><br>FIELDCHOICE, LLC,<br><br>THIRD-PARTY DEFENDANT. | CASE NO. 2:25-CV-00386 |

**JOINT MOTION FOR DISMISSAL BY PLAINTIFFS AND DEFENDANT VANDERBILT MORTGAGE & FINANCE, INC.**

COME NOW Plaintiffs Christopher Allen Brogan and Carline Flores Brogan ("Plaintiffs"), by counsel, and Defendant Vanderbilt Mortgage & Finance, Inc. ("VMF"), by counsel, and represent to the Court that all claims between Plaintiffs and VMF have been settled and compromised. Thereupon, pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs and VMF jointly move for the dismissal of Plaintiffs' action against VMF with prejudice.

This Joint Motion for Dismissal applies only to Plaintiffs' action against VMF and does not apply to any other claims asserted in this action, including, but not limited to, VMF's third-party claims against Third-Party Defendant Fieldchoice, LLC, which those parties continue to litigate.

RESPECTFULLY SUBMITTED,


*/s/ Daniel F. Hedges*
Daniel F. Hedges (WVSB # 1660)
MOUNTAIN STATE JUSTICE, INC.
1217 Quarrier Street
Charleston, WV 25301
304-553-4843
dan@msjlaw.org
*Counsel for Plaintiffs Christopher Allen Brogan and Carline Flores Brogan*

*/s/ Carrie Goodwin Fenwick*
Carrie Goodwin Fenwick (WV Bar 7164)
GOODWIN & GOODWIN, LLP
300 Summers Street
Suite 1500
Charleston, West Virginia 25301
(304) 346-7000
cgf@goodwingoodwin.com

James C. Lester (Visiting Attorney ECF No. 13)
Nicholas H. Peck (Visiting Attorney ECF No. 37)
MAYNARD NEXSEN PC
1901 6th Ave. North
Suite 1700
Birmingham, Alabama 35203
(205) 254-1000
jlester@maynardnexsen.com
cpeck@maynardnexsen.com

*Attorneys for Vanderbilt Mortgage and Finance, Inc.*

## CERTIFICATE OF SERVICE

I certify that on June 10, 2026, I filed this document with the Clerk of the Court via its electronic filing system. Service on the following will occur through that system:

Daniel F. Hedges (WVSB # 1660)
MOUNTAIN STATE JUSTICE, INC.
1217 Quarrier Street
Charleston, WV 25301
304-553-4843
dan@msjlaw.org

*/s/ Carrie Goodwin Fenwick*
OF COUNSEL